M. A. McClure, etc., *v.* E. W. Scott, et al.

**Religious Societies—Property Held in Trust for Benefit of Members.**

The evidence was held to show that property was placed in control of a church for the benefit of its members as a parsonage, and if not so used to be made contributory to the payment of the officiating minister, and to be held in trust for such purpose.

APPEAL FROM WOODFORD CIRCUIT COURT.

December 10, 1872.

OPINION BY JUDGE HARDIN:

The parol evidence satisfied us that although, for certain purposes, stock certificates were given to the contributors of the money used in paying for the property and not withstanding the form of the most of the conveyances, the original design of Roolman and Terrill & Thorton was to place the property under the control of the church for the benefit of its members, as a parsonage, if so used, and if not so occupied, still to be made contributory to the payment of the officiating minister of that congregation; and according to the cotrolling principles of the decisions of this court in the case of *McKinney v. Griggs, etc.*, 5 Bush 407, and other authorities, the court below properly treated the title as held in trust for said uses, and the property as having been by parol arrangement at least, dedicated to the use of the congregation.

Wherefore the judgment is *affirmed*.

*Porter & Wallace, for appellants.*

*Turner & Twyman, Thornton, for appellees.*